CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Julia Aguirre Rodriguez, | Case No. 2:21-cv-00437-RFB-EJY |
| Petitioner, | |
| v. | **Stipulation and Order to Extend Deadlines (First Request)** |
| Merrick Garland, Attorney General, et al., | |
| Respondents. | |

Pursuant to Local Rules IA 6-1 and 26-4, Petitioner Juila Aguirre Rodriguez, and Respondents Merrick Garland, et al., through counsel, submit the following Stipulation to Extend Deadlines. This is the first request for an extension of case deadlines. The parties enter this stipulation because:

1.  On March 16, 2021, Petitioner filed her Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 4).

2.  On March 18, 2021, the Court granted Petitioner's Motion for Temporary Restraining Order (ECF No. 11). The Court's order provided that "[t]he Department of Homeland Security and the Department of Immigration and Customs Enforcement are hereby ORDERED not to enforce the BIA's January 19, 2021 Order." (ECF No. 11 at 6). The Court's order further provided that the BIA's order should be suspended and held in abeyance during the pendency of the case. (ECF No. 11 at 7). The Court scheduled a hearing on the Motion for Temporary Restraining Order for April 1, 2021 at 11:00 a.m.

Finally, the Court ordered Respondents to file a response to the Motion for Temporary Restraining Order by March 25, 2021 and for Petitioner to file a reply by March 30, 2021 (ECF No. 11 at 7).

3. The requested extension will provide Respondents with additional time to respond to the Motion for Temporary Restraining Order and aid in avoiding scheduling conflicts of Petitioner's counsel.

4. Accordingly, the parties request that Respondents' response be filed by **April 22, 2021**, Petitioner's reply be filed by **April 29, 2021**, and the Court hold a hearing on the motion on **April 30, 2021 at 10:00 AM by video conference before Judge Richard F. Bouleware, II.** .

5. The Court's order granting Petitioner's Temporary Restraining Order will remain in effect during this period of extended deadlines.

Respectfully submitted this 24th day of March 2021.

| | |
|---|---|
| VALDEZ LAW FIRM, APC.<br>Patrick Valdez (NV Bar No. 11005)<br>10305 Hawthorne Blvd.<br>Inglewood, CA 90304-1509<br>Patrick@Valdez-law.com<br><br>ANDRES ORTIZ LAW<br>Andres Ortiz (CSBN 279239)*<br>320 Pine Ave, Suite 608<br>Long Beach, CA 90802<br>Andres.Ortiz@andresortizlaw.com<br>*Pro Hac Vice Application Pending<br><br> /s/ Andres Ortiz<br>ANDRES ORTIZ<br>320 Pine Ave., Suite 608<br>Long Beach, CA 90802<br>Andres.Ortiz@andresortizlaw.com<br><br>*Attorneys for Petitioner* | CHRISTOPHER CHIOU<br>Acting United States Attorney<br><br> /s/ Skyler Pearson<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

**IT IS SO ORDERED**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:**  March 29, 2021