|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Julia Aguirre Rodriguez )   Case # 2:21-cv-00437
                        )
                        )
        Plaintiff(s),   )   **VERIFIED PETITION FOR**
                        )   **PERMISSION TO PRACTICE**
    vs.                 )   **IN THIS CASE ONLY BY**
Merrick Garland, et al., )  **ATTORNEY NOT ADMITTED**
                        )   **TO THE BAR OF THIS COURT**
                        )   **AND DESIGNATION OF**
                        )   **LOCAL COUNSEL**
                        )
        Defendant(s).   )
                        )   FILING FEE IS $250.00

_____Andres Ortiz_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Andres Ortiz Law_____
(firm name)

with offices at _____320 Pine Ave., Suite 608_____,
(street address)

____Long Beach____, ____California____ ▼, ____90802____,
(city)              (state)                (zip code)

____213-298-1078____, ____andres.ortiz@andresortizlaw.com____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Julia Aguirre Rodriguez_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 1, 2011 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | 12/1/11 | N/A |
| Ninth Circuit Court of Appeals | 2013 | |
| Southern District of California | 2017 | |
| Second Circuit Court of Appeals | 2018 | |
| Tenth Circuit Court of Appeals | 2019 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(None

7. That Petitioner is a member of good standing in the following Bar Associations.

American Immigration Lawyers Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF California      )
COUNTY OF   Los Angeles  )

_____Andres Ortiz_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__12__ day of __March__, __2021__.

_____     see attatchment
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Patrick Valdez_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____10305 Hawthorne Blvd._____,
(street address)

__Inglewood__, __California__, __90304__,
(city)           (state)        (zip code)

__(310) 330-0511__, __patrick@valdez-law.com__.
(area code + telephone number)   (Email address)

Rev. 5/16

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __12__ day of __March__, 20__21__, by __Andres Ortiz__,
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

JAYMIE MOTEN
Notary Public – California
Los Angeles County
Commission # 2213631
My Comm. Expires Sep 10, 2021

(Seal)        Signature _Jaymie Moten_

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Patrick Valdez_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Julia Aguirre
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11005                          patrick@valdez-law.com
Bar number                     Email address

APPROVED:

DATED this 20th day of April, 2021.

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16



**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

March 12, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ANDRES JAMES ORTIZ, #279239 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2011 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records