**VALDEZ LAW FIRM, APC.**
Patrick Valdez (NV Bar No. 11005)
10305 Hawthorne Blvd.
Inglewood, CA 90304-1509
T: (310) 330-0511
F: (310) 330-0511
patrick@valdez-law.com

**ANDRES ORTIZ LAW**
Andres Ortiz, Esq. (CA Bar No. 279239) * *Appearing Pro hac vice*
320 Pine Ave, Suite 608
Long Beach, CA 90802
T: (213) 298-1078
Andres.Ortiz@andresortizlaw.com

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Julia Aguirre Rodriguez,<br><br>Petitioner,<br><br>v.<br><br>Merrick Garland, Attorney General, et al.,<br><br>Respondents. | Case No. 2:21-cv-00437-RFB-EJY<br><br>**Stipulation and Order to Reschedule Hearing (First Request)** |

Pursuant to Local Rules IA 6-1 and 26-4, Petitioner Julia Aguirre Rodriguez, and Respondents Merrick Garland, et al., through counsel, submit the following Stipulation to Extend Deadlines. This is the first request to reschedule the Temporary Restraining Order hearing. The parties enter this stipulation because:

1. On March 16, 2021, Petitioner filed her Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 4).

2. On March 18, 2021, the Court granted Petitioner's Motion for Temporary Restraining Order (ECF No. 11). The Court's order provided that "[t]he Department of Homeland Security and the Department of Immigration and Customs Enforcement are hereby

1 ORDERED not to enforce the BIA's January 19, 2021 Order." (ECF No. 11 at 6). The Court's
2 order further provided that the BIA's order should be suspended and held in abeyance during
3 the pendency of the case. (ECF No. 11 at 7). The Court scheduled a hearing on the Motion for
4 Temporary Restraining Order for April 1, 2021 at 11:00 a.m. The Court ordered Respondents to
5 file a response to the Motion for Temporary Restraining Order by March 25, 2021 and for
6 Petitioner to file a reply by March 30, 2021 (ECF No. 11 at 7).

      3.      The parties requested and the Court granted the parties request that Respondents' response be filed by April 22, 2021, Petitioner's reply be filed by April 29, 2021, and the Court hold a hearing on the motion on April 30, 2021. The Court granted that schedule but *sua sponte* rescheduled the hearing to May 7, 2021.

      4.      Petitioner's counsel has a conflict on May, 7, 2021. He contacted government counsel Skyler Pearson, who stated he does not object to rescheduling the hearing. The parties conferred on a date, with the consultation of the Court Clerk. It appears all parties are available for a hearing between May 17-20, 2021.

      5.      Accordingly, the parties request that the hearing be held on a date between May 17-20, 2021.

6. The Court's order granting Petitioner's Temporary Restraining Order will remain in effect during this period.

Respectfully submitted this 5th day of May 2021.

| | |
|---|---|
| VALDEZ LAW FIRM, APC.<br>Patrick Valdez (NV Bar No. 11005)<br>10305 Hawthorne Blvd.<br>Inglewood, CA 90304-1509<br>Patrick@Valdez-law.com | CHRISTOPHER CHIOU<br>Acting United States Attorney<br><br>/s/ Sklyer Peason<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br><br>*Attorneys for the United States* |

ANDRES ORTIZ LAW
Andres Ortiz (CSBN 279239)*
320 Pine Ave, Suite 608
Long Beach, CA 90802
Andres.Ortiz@andresortizlaw.com
*Appearing Pro Hac Vice


/s/ Andres Ortiz
ANDRES ORTIZ
320 Pine Ave., Suite 608
Long Beach, CA 90802
Andres.Ortiz@andresortizlaw.com

*Attorneys for Petitioner*

## ORDER

IT IS ORDERED that the Hearing set for May 7, 2021 at the hour of 2:00 PM is vacated and reset for May 10, 2021 at 9:00 AM in LV Courtroom 7C by videoconference before Judge Richard F. Boulware, II.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: &lt;May 6, 2021